United States District Court
Southern District of Texas
**ENTERED**
June 16, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EDWARD JAMES SMITH, JR., (TDCJ # 00671560), | § § § | |
| *Plaintiff,* | § § § | |
| vs. | § § | CIVIL ACTION NO. H-26-3150 |
| LUPE SALINAS, | § § § | |
| *Defendant.* | § § § | |

## MEMORANDUM OPINION AND ORDER

Plaintiff Edward James Smith, Jr., (TDCJ # 00671560), is an inmate at the Stringfellow Unit of the Texas Department of Criminal Justice–Correctional Institutions Division. In April 2026, an individual named Joycelyn Rubins filed what purported to be a prisoner's civil-rights action under 42 U.S.C. § 1983 on Smith's behalf. (Dkt. 1). She also filed motion seeking leave to proceed *in forma pauperis* on his behalf. (Dkt. 4). Neither of these documents were signed by Smith. Because these pleadings did not comply with the Federal Rules of Civil Procedure, they were stricken. (Dkt. 6). Smith was granted leave to file an amended complaint and an amended motion to proceed *in forma pauperis* by June 1, 2026, if he wished to pursue this action. (*Id.* at 9). The Court provided him with the proper forms for filing an amended petition and amended motion and warned him that failing to

1/ 3

comply by the deadline would result in this action being dismissed without further notice. (*Id.* at 9–10).

Smith has failed to comply, and his time to do so has now expired. His failure to pursue this action forces the Court to conclude that he lacks due diligence. Therefore, under the inherent powers necessarily vested in a court to manage its own affairs, the Court determines that dismissal for want of prosecution is appropriate. *See* FED. R. CIV. P. 41(b); *Larson v. Scott*, 157 F.3d 1030, 1031 (5th Cir. 1998) (noting that a district court may *sua sponte* dismiss an action for failure to prosecute or to comply with any court order).

Accordingly, the Court **ORDERS** as follows:

1.    Smith's civil-rights action, (Dkt. 1), is **DISMISSED without prejudice** for want of prosecution.

2.    Any pending motions are **DENIED as moot**.

3.    Smith is advised that upon a showing of good cause for failing to comply with the Court's April 24 Order, relief from this Order may be granted under Federal Rule of Civil Procedure 60(b). Any motion under Rule 60(b) must be accompanied by Smith's amended petition on the proper form and either payment of the $405.00 filing fee or a properly supported motion to proceed *in forma pauperis*.

The Clerk will provide a copy of this Order to the plaintiff.

SIGNED at Houston, Texas on _____ June 16 _____, 2026.

_____
DAVID HITTNER
UNITED STATES DISTRICT JUDGE